# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GEORGE W., <br><br> Plaintiff, <br> v. <br><br> FRANK J. BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | No. 2:24-cv-10425-BFM <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: November 12, 2025

*[signature]*

———————————————————————
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE